IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| AMANDA MICHEL, as parent and natural guardian of D.M., a minor, and AMANDA MICHEL, individually, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civ. No.: 3:20-cv-00246-TAV-HBG |
| UNION COUNTY BOARD OF EDUCATION; UNION COUNTY PUBLIC SCHOOLS; UNION COUNTY, TENNESSEE; JAMES E. CARTER, individually and officially as Director of Union County Board of Education; LARRY KERR, individually and officially as a teacher and head football coach of Union County High School; DEREK MARLOW, individually and officially as a teacher and football coach of Union County High School; and SHANE BROWN, individually and officially as a teacher and athletic director of Union County High School, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSIVE PLEADINGS TO DEFENDANTS UNION COUNTY BOARD OF EDUCATION, JAMES E. CARTER, LARRY KERR, DEREK MARLOW, AND SHANE BROWN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Come the Plaintiffs, Amanda Michel, as parent and natural guardian of D.M., a minor, and Amanda Michel, individually, with the consent of the Defendants, Union County Board of Education, James E. Carter, Larry Kerr, Derek Marlow, and Shane Brown, and moves for an Extension of Time for Plaintiffs to file their Response to Defendants Union County Board of Education, James E. Carter, Larry Kerr, Derek Marlow, and Shane Brown's Motion to Dismiss Plaintiff's Complaint which was filed on August 10, 2020.

Plaintiff's Complaint was filed on June 5, 2020, asserting claims against Defendants pursuant to 42 U.S.C. § 1983 and pendant state law negligence claims. [Doc. 1]. The parties filed a Stipulation for Extension of Time for Defendants to File Responsive Pleadings to Complaint on July 2, 2020, [Doc. 19], which was granted by Order entered July 6, 2020, therein extending the time until July 27, 2020. The parties stipulated on July 23, 2020, to the voluntary dismissal without prejudice of Defendants Union County Public Schools and Union County, Tennessee. [Doc. 21]. The parties then filed a Joint Motion for Extension of Time for Defendants to File Responsive Pleadings to Complaint on July 23, 2020, [Doc. 22], which was granted by Order entered July 24, 2020, therein extending the time until August 10, 2020.

Defendants Union County Board of Education, James E. Carter, Larry Kerr, Derek Marlow, and Shane Brown filed a Motion to Dismiss Plaintiff's Complaint on August 10, 2020; thus Plaintiffs' responsive pleadings were due on or before August 31, 2020. The parties are in agreement that Plaintiffs have an additional 21 days or such other time as the Court may deem proper in which Plaintiffs shall file responsive pleadings.

WHEREFORE, the parties jointly move that Plaintiffs have an additional 21 days or until September 21, 2020 in which Plaintiffs shall file responsive pleadings to Defendants Motion to Dismiss.

Respectfully submitted this 3rd day of September, 2020.

| s/Timothy L Baldridge | s/Edward H. Trent |
|---|---|
| Timothy L Baldridge, BPR No. 015777 | Edward H. Trent, BPR No. 30045 |
| Marcos M. Garza, BPR No. 021483 | WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC |
| Jenny Coques Rogers, BPR# 018871 | 550 West Main Street, Suite 900 |
| Jeffrey H. Glaspie, BPR# 033311 | Knoxville, TN 37902 |
| Garza Law Firm, PLLC | Telephone: (865) 546-1000 |
| 550 West Main Street, Suite 340 | Facsimile: (865) 546-1001 |
| Knoxville, TN 37902 | Attorneys for Defendants Union County Board of Education, James E. Carter, Larry Kerr, Derek Marlow, and Shane Brown |
| Telephone: (865) 540-8300 | |
| Attorneys for Plaintiffs | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Motion For Extension of Time for Plaintiffs to File Responsive Pleadings to Defendants Union County Board of Education, James E. Carter, Larry Kerr, Derek Marlow, and Shane Brown's Motion to Dismiss Plaintiff's Complaint was filed with the Court using the CM/ECF system this 3rd day of September, 2020, which will provide copies to all parties of record.

/s/ Timothy L. Baldridge
Timothy L. Baldridge